**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**AYOKUNIE OSCEOLA KWANZAA,**

    **Plaintiff,**

v.	Case No. 4:21-cv-257-AW-MAF

**TRUIST FINANCIAL CORPORATION,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation, ECF No. 4, to which there has been no objection, I conclude the case should be dismissed. The report and recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on September 10, 2021.

                                        s/ *Allen Winsor*
                                        United States District Judge